# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>TROTT, Stephen S. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>05/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>550 W. Fort Street, Room 667<br>Boise, Idaho 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Boise Philharmonic Association & Foundation |
| 2. Board Member | Esther Simplot Performing Arts Center |
| 3. Advisory Committee Member | Childrens Home Society of Idaho |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Vested interest in a retirement plan maintained by Los Angeles Cnty, CA. I was employed as an attorney between 1965/1981. I draw a retirement income monthly. |
| 2. | |
| 3. | |

2009 MAY -7 A 11: 00 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Los Angeles County California Retirement | $12,000.00 |
| 2. 2008 | "Highwaymen" LLC, Record Sales & Performance Fees | $2,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Artio Intl Equity Fd Class I -- See Footnote #1 Part VIII | D | Dividend | | | Sold | 12/12 | J | A | |
| 2. Blackrock Funds Large Cap Value Fund MDLVX | A | Dividend | | | Sold | 12/12 | J | A | |
| 3. Calamos Growth Fund Class A CVGRX | D | Dividend | J | T | Buy | 12/12 | J | | |
| 4. Calamos Growth Fund Class A CVGRX | D | Dividend | J | T | Buy | 12/16 | J | | |
| 5. Cambiar Opportunity Fd CAMWX | A | Dividend | | | Sold | 12/12 | J | A | |
| 6. Columbia Funds TR Marsico 21st Century Fd Class A NMTAX | A | Dividend | | | Sold | 12/12 | J | A | |
| 7. Dodge Cox Intl Stk Fd DODFX | D | Dividend | J | T | Buy | 12/12 | J | | |
| 8. Dodge Cox Intl Stk Fd DODFX | D | Dividend | J | T | Buy | 12/16 | J | | |
| 9. FMI FDS Focus Fund FMIOX | A | Dividend | | | Sold | 12/12 | J | A | |
| 10. Franklin Insured Tax Free Income Fund Class A FTFIX | A | Dividend | | | Sold | 12/12 | K | A | |
| 11. Goldman Sachs - TR Finl Square Market Fund FTXXX | A | Dividend | J | T | Buy | 12/04 | J | | |
| 12. Goldman Sachs - TR Finl Square Market Fund FTXXX | A | Dividend | J | T | Sold (part) | 12/12 | J | A | |
| 13. Goldman Sachs - TR Finl Square Market Fund FTXXX | D | Dividend | | | Sold | 12/16 | J | A | |
| 14. Growth Fund of America Class F | D | Dividend | J | T | Buy | 12/12 | J | | |
| 15. Growth Fund of America Class F | D | Dividend | J | T | Buy | 12/16 | J | | |
| 16. ING Fund Int Value NIIVX | A | Dividend | | | Sold | 12/12 | J | A | |
| 17. Ishares MSCI EAFE Index Fund | D | Dividend | J | T | Buy | 12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares Russell Mid Cap Value | D | Dividend | J | T | Buy | 12/12 | J | | |
| 19. Janus Invt Fund Mid Cap JMIVX | A | Dividend | | | Sold | 12/15 | J | A | |
| 20. Kinetics Paradigm Fund NAV KNPYX | A | Dividend | | | Sold | 12/12 | J | A | |
| 21. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | | | | | |
| 22. Legg Mason Value Trust TR Inc NAV LMNVX | D | Dividend | J | T | Buy | 12/12 | J | | |
| 23. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 24. Mutual Series FD Inc Discovery Fd CL A TEDIX | D | Dividend | J | T | Buy | 12/12 | J | | |
| 25. Mutual Series FD Inc Discovery Fd CL A TEDIX | D | Dividend | J | T | Buy | 12/16 | J | | |
| 26. Nuveen Inter Duration Municipal BD FD CL R NUVBA | A | Dividend | | | Sold | 12/12 | K | A | |
| 27. Royce Premier Fund RYPRX | A | Dividend | | | Sold | 12/12 | J | A | |
| 28. RS Int TR Global Nat Res FD Class A RSNRX | A | Dividend | | | Sold | 12/12 | J | A | |
| 29. Schroeder Muni Bond Inv SMBIX | A | Dividend | K | T | | | | | |
| 30. TCW Galileo Funds Select TGCEX | A | Dividend | | | Sold | 12/12 | J | A | |
| 31. T Rowe Price Mid Cap RPMGX | A | Dividend | | | Sold | 12/12 | J | A | |
| 32. Vanguard Index Trust 500 Portfolio Inv Fd VFINX | D | Dividend | J | T | Buy | 12/12 | J | | |
| 33. Vanguard Index Trust 500 Portfolio Inv Fd VFINX | D | Dividend | J | T | Buy | 12/16 | J | | |
| 34. Vanguard Index Tr Small Cap STK Portfolio Inv NAESX | D | Dividend | J | T | Buy | 12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Index Tr Small Cap STK Portfolio Inv NAESX | D | Dividend | J | T | Buy | 12/16 | J | | |
| 36. Vanguard Mid Cap Index Fd CL I VIMSX | D | Dividend | J | T | Buy | 12/12 | J | | |
| 37. Vanguard Mid Cap Index Fd CL I VIMSX | D | Dividend | J | T | Buy | 12/16 | J | | |
| 38. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | J | T | | | | | |
| 39. Vanguard Minicipal Bond Fund Inter Term VWITX | A | Dividend | J | T | Buy | 12/12 | J | | |
| 40. Vanguard Municipal Bond Fund Inter Term VWITX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 41. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLTX | A | Dividend | J | T | | | | | |
| 42. Vanguard Municipal Bond Fund Lmtd Term Tax Exempt VMLTX | A | Dividend | J | T | Bought | 12/12 | J | | |
| 43. Bonds - Boise Idaho Waste Water | A | Interest | J | T | | | | | |
| 44. Bonds - Canyon County Idaho School | A | Interest | K | T | | | | | |
| 45. Bonds - Idaho Housing & Finance Association | A | Interest | | | Redeemed | 07/01 | J | A | |
| 46. Janus Fund JANSX | B | Dividend | K | T | | - | | | |
| 47. Janus Growth & Income JAGIX | B | Dividend | K | T | | | | | |
| 48. Artio Intl Equity Fund I JIEIX -- See Footnote #1 Part VIII | A | Dividend | | | Sold | 12/12 | J | A | |
| 49. Artio Intl Equity Fund II JETIX | A | Dividend | J | T | Buy | 12/12 | J | | |
| 50. Artio Intl Equity Fund II JETIX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 51. Black Rock Funds Large Cap Value Fund CL A MDLVX | A | Dividend | | | Sold | 12/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Calamas Growth Fund Class A CVGRX | A | Dividend | J | T | Buy | 12/12 | J | | |
| 53. Calamas Growth Fund Class A CVGRX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 54. Cambiar Opportunity Fund CAMWX | A | Dividend | J | T | Sold (part) | 5/19 | J | A | |
| 55. Cambiar Opportunity Fund CAMWX | A | Dividend | | | Sold | 12/12 | J | A | |
| 56. Columbia Funds TR Marsico 21st Century FD Class A NMTAX | A | Dividend | | | Sold | 12/12 | J | A | |
| 57. Cash & Money Market - Evergreen US Govt Portfolio | A | Interest | K | T | | | | | |
| 58. Dodge Cox Intl STK Fund DODFX | A | Dividend | J | T | Buy | 12/12 | J | | |
| 59. Dodge Cox Intl STK Fund DODFX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 60. FMI FDS Focus Fund FMIOX | A | Dividend | | | Sold | 12/12 | J | A | |
| 61. Goldman Sachs TR Finl Square Market Fd FSMXX | A | Dividend | J | T | | | | | |
| 62. Goldman Sachs TR Finl Square Market Fd FSMXX | A | Dividend | J | T | Buy | 05/19 | J | | |
| 63. Goldman Sachs TR Finl Square Market Fd FSMXX | A | Dividend | J | T | Sold (part) | 12/12 | J | A | |
| 64. Goldman Sachs TR Finl Square Market Fd FSMXX | A | Dividend | | | Sold | 12/16 | J | A | |
| 65. Growth Fund American Fund - Class F | A | Dividend | J | T | Buy | 12/12 | J | | |
| 66. Growth Fund American Fund - Class F | A | Dividend | J | T | Buy | 12/16 | J | | |
| 67. ING Fund Intl Value Fund NIIVX | A | Dividend | | | Sold | 12/12 | J | A | |
| 68. Janus Invt Fund Mid Cap JMIVX | A | Dividend | | | Sold | 12/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br><br>(1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br><br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br><br>(1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Janus Advisers Ser Adv Mid Cap Cl I JMVAX | A | Dividend | J | T | Buy | 12/12 | J | | |
| 70. Janus Advisers Ser Adv Mid Cap Cl I JMVAX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 71. Kinetics Paradign Fund KNPYX | A | Dividend | | | Sold | 12/12 | J | A | |
| 72. Legg Mason Value Trust TR Inc NAV LMNVX | D | Dividend | J | T | | | | | |
| 73. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Buy | 12/12 | J | | |
| 74. Legg Mason Value Trust TR Inc NAV LMNVX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 75. Mutual Series FD Inc Discovery Fd CL A TEDIX | A | Dividend | J | T | Buy | 12/12 | J | | |
| 76. Mutual Series FD Inc Discovery Fd CL A TEDIX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 77. PIMCO Funds Pac Int PTTRX | A | Dividend | K | T | Sold (part) | 05/19 | J | A | |
| 78. PIMCO Funds Pac Int PTTRX | A | Dividend | J | T | Sold (part) | 12/03 | J | A | |
| 79. PIMCO Funds Pac Int PTTRX | A | Dividend | J | T | Sold (part) | 12/12 | J | A | |
| 80. RS Invst TR Federal Natural Res FD Class A RSNRX | A | Dividend | | | Sold | 12/12 | J | A | |
| 81. Royce Premier Fund RYPRX | A | Dividend | J | T | Sold (part) | 05/19 | J | A | |
| 82. Royce Premier Fund RYPRX | A | Dividend | | | Sold | 12/12 | J | A | |
| 83. TCW Galileo Funds Inc TGCEX | A | Dividend | | | Sold | 12/12 | J | A | |
| 84. T Rowe Price Mid Cap RPMGX | A | Dividend | | | Sold | 12/12 | J | A | |
| 85. Vanguard Index Trust 500 Portfolio Inv Fund VFINX | A | Dividend | J | T | Buy | 12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,000 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Index Trust 500 Portfolio Inv Fund VFINX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 87. Vanguard Index TR Small Cap Stock Portfolio NAESX | A | Dividend | J | T | Buy | 12/12 | J | | |
| 88. Vanguard Index TR Small Cap Stock Portfolio NAESX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 89. Vanguard Mid Cap Index Fd Cl 1 VIMSX | A | Dividend | J | T | Buy | 12/12 | J | | |
| 90. Vanguard Mid Cap Index Fd Cl 1 VIMSX | A | Dividend | J | T | Buy | 12/16 | J | | |
| 91. Western Asset Core WATFX | A | Dividend | K | T | Sold (part) | 05/19 | J | A | |
| 92. Western Asset Core WATFX | A | Dividend | J | T | Sold (part) | 12/03 | J | A | |
| 93. IRA - US Bank Cash Equivalent | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TROTT, Stephen S. | 05/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII: This, except for line #93 (IRA U.S. Bank), ███████████████ asset held in three different accounts, which may make some of the reporting seem duplicative or redundant, which it is ███.

Note:    This report consists of three separate accounts.

Footnote #1: Artio Intl Equity Fund 1 - JIEIX (Formerly Julius Baer Inv. Fund)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544